UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA AGUAYO | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-cv-00539-E |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant | § | <u>JURY TRIAL DEMANDED</u> |

PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
<u>PLAINTIFF'S SECOND AMENDED COMPLAINT</u>

Plaintiff moves this Court, by agreement of counsel for Defendant, to extend the deadline for her to respond to Defendant's motion to dismiss Plaintiff's second amended complaint (the "Motion") from May 16, 2023 to May 26, 2023 and would show as follows:

1. On April 25, 2023, Defendant filed the Motion with a deadline to respond on May 16, 2023.

2. With the agreement of Defendant, Plaintiff seeks a 10-day extension until May 26, 2023 to file a response to the Motion. The extension is sought due to lead counsel for Plaintiff, Robert E. Goodman, Jr., being unavailable to work on or finalize a response to the Motion while traveling to New Orleans, Louisiana for the wedding of his son from May 10, 2023 through May 16, 2023.

3. By email dated May 1, 2023, counsel for Defendant confirmed Defendant's agreement to this motion.

WHEREFORE, Plaintiff prays that this Court grant her an extension to respond to Defendant's Motion to May 26, 2023 and grant her any other relief to which she is entitled.

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
John S. Morgan
State Bar No. 14447475
jsm@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 379-0843 Telephone
(214) 379-0840 Telecopy

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant confirmed by email on May 1, 2023 that Defendant does not oppose the relief sought in this motion.

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.

PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
AND TO FILE FIRST AMENDED COMPLAINT – Page 2

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was forwarded to counsel of record via the Court's electronic filing system and/or via email on the 2nd day of May 2023.

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.