IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA AGUAYO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-539-E |
| UNITED STATES OF AMERICA, | § § § § | |
| Defendant. | § | |

## JOINT REPORT DESIGNATING MEDIATOR

Per paragraph 6 of the Court's scheduling order, the parties file this joint report designating Royal Furgeson as an agreed-upon mediator for the case.

    Respectfully submitted,

    KILGORE & KILGORE, PLLC

    By: /s/ *Robert E. Goodman, Jr.*
    Robert E. Goodman, Jr.
    State Bar No. 08158100
    reg@kilgorelaw.com
    John S. Morgan
    State Bar No. 14447475
    jsm@kilgorelaw.com
    3141 Hood Street, Suite 500
    Dallas, Texas 75219
    (214) 969-9099 - Telephone
    (214) 379-0840 - Fax

    ATTORNEYS FOR PLAINTIFF

    \* \* \* \* \*

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        <u>/s/ Brian W. Stoltz</u>
        Brian W. Stoltz
        Assistant United States Attorney
        Texas Bar No. 24060668
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:   214-659-8626
        Facsimile:    214-659-8807
        brian.stoltz@usdoj.gov

        Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of May, 2023, a true and correct copy of this document has been served on all parties through the Court's e-file system.

        <u>/s/ Brian W. Stoltz</u>
        Brian W. Stoltz