UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTINA AGUAYO,** | § § § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO.** |
| **v.** | § § | **3:23-CV-539-E** |
| **UNITED STATES OF AMERICA** | § § § | |
| *Defendant*. | § § | |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, AND CERTIFICATE OF CONFERENCE

COMES NOW Plaintiff Christin Aguayo and files Plaintiff's Request for Oral Argument on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, and Certificate of Conference and would show as follows:

Plaintiff Christina Aguayo respectfully requests this Court grant the Parties' oral argument on a date and time convenient for the Court, on Defendant United States of America's Motion to Dismiss Plaintiff's Second Amended Complaint.

WHEREFORE, Plaintiff prays that this Court grant her request for Oral Argument on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, and grant her any other relief to which she is entitled.

Dated this 9th of June, 2023.

Respectfully submitted,

s/ *Robert E. Goodman, Jr.*
Robert E. Goodman, Jr.
Texas State Bar No. 08158100
reg@kilgorelaw.com
John S. Morgan
Texas State Bar No. 14447475
jsm@kilgorelaw.com
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 379-0823
(214) 379-0840 (telecopy)
**ATTORNEYS FOR PLAINTIFF**
**CHRISTINA AGUAYO**

## CERTIFICATE OF CONFERENCE

On this day, June 9, 2023, the undersigned called Mr. Brian Stoltz about this request for oral argument. Mr. Stoltz stated that the United States of America defers to this Court on whether this Court determines if oral argument is appropriate for this Court's consideration of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint.

/s/ *John S. Morgan*
John S. Morgan

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing was forwarded to counsel of record via the Court's electronic filing system on this 9th day of June, 2023.

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:     214-659-8626
Facsimile:     214-659-8807
brian.stoltz@usdoj.gov

/s/ *Robert E. Goodman, Jr.*
Robert E. Goodman, Jr.