IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA AGUAYO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:23-CV-00539-E |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § § § | |

# FINAL JUDGMENT

The Court—having granted the United States of America's motion to dismiss—**DISMISSES** all of Plaintiff Christina Aguayo's claims with prejudice. It is, therefore, ORDERED that Plaintiff Aguayo take nothing by her claims against Defendant, the United States of America. Court costs are taxed against Plaintiff. All relief not expressly granted is DENIED. This is a final judgment. *See* Fed. R. Civ. P. 54; Fed R. Civ. P. 58.

**SO ORDERED.**

18th day of January, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE